R. L. Goodrich
22365 Barton Road, Suite 220
Grand Terrace, CA 92313
Telephone:    (909) 423-0700
Telecopier:   (909) 423-0461

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT CALIFORNIA
RIVERSIDE

In re

THOMAS EDMOND SECCOMBE
CLAUDIA JONELL SECCOMBE

Debtor.

) Case No. 6:09-23826-DS
) Chapter 7
)
)
) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**
) **3011**
)
)

**TO CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 3023 in the sum of $920.71 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name, address and amount to be paid to each claimant (only one) entitled to said unclaimed dividend is as follows:

HCC SURETY GROUP
9841 AIRPORT BLVD, 9TH FL
LOS ANGELES, CA 90045

CLAIM 6; PAYMENT 12.27613% (6-1) 8889
ACCOUNT AC 18889
CHECK #3010 RETURNED IN MAIL "UNABLE TO FORWARD"
AMOUNT $920.71

Dated: August 5, 2011

_____
R. L. GOODRICH
Chapter 7 Trustee

-1-

```
Claim 000006, Payment 12.27613%                                      BANK OF AMERICA, N.A.              CHECK NUMBER
(6-1) 8889    Unclaimed dividend; check                              CUSTOMER CONNECTION
returned; no forwarding address                                                                              3023
                                           R. L. GOODRICH
                                           22365 BARTON ROAD
                                           SUITE 220                       DATE              AMOUNT
                                           GRAND TERRACE, CA 92313       08/05/11         *********920.71
```

| CASE NUMBER | DEBTOR |
|---|---|
| 6:09-23826    DS | SECCOMBE, THOMAS EDMOND<br>SECCOMBE, CLAUDIA JONELL |

**PAY TO THE ORDER OF**

UNITED STATES BANKRUPTCY COURT

*Nine Hundred Twenty Dollars And 71/100*

_____
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈003023⑈  ⑆111000012⑆  4437521873⑈

---

| Date: 08/05/11 | Check Number: 3023 | Amount: 920.71 |
|---|---|---|
| Case Number: 6:09-23826    DS<br>Debtor Name: SECCOMBE, THOMAS EDMOND | | |
| Paid To: **UNITED STATES BANKRUPTCY COURT** | Trustee: | R. L. GOODRICH<br>22365 BARTON ROAD<br>SUITE 220<br>GRAND TERRACE, CA 92313 |
| Description: Claim 000006, Payment 12.27613%   (6-1) 8889    Unclaimed dividend; check returned; no forwarding address | | |
| Bank Account Number: 4437521873 | | |

---

| Date: 08/05/11 | Check Number: 3023 | Amount: 920.71 |
|---|---|---|
| Case Number: 6:09-23826    DS<br>Debtor Name: SECCOMBE, THOMAS EDMOND | | |
| Paid To: **UNITED STATES BANKRUPTCY COURT** | Trustee: | R. L. GOODRICH<br>22365 BARTON ROAD<br>SUITE 220<br>GRAND TERRACE, CA 92313 |
| Description: Claim 000006, Payment 12.27613%   (6-1) 8889    Unclaimed dividend; check returned; no forwarding address | | |
| Bank Account Number: 4437521873 | | |